# Exhibit A

Electronically Issued
9/22/2017 3:17 PM

**Electronically Filed**
10/12/2017 8:21 AM
Steven D. Grierson
CLERK OF THE COURT

SUMM

## DISTRICT COURT
## CLARK COUNTY, NEVADA
* * * * *

| | |
|---|---|
| KAREN TORRES, | CASE NO.: A-17-762000-C |
| Plaintiff, | DEPT. NO.: Department 19 |
| vs. | |
| ~~JARED LAW; SACS FURNITURE, LLC a~~ Utah Limited Liability Corporation; DOES I-X; ROE CORPORATIONS XI-XX, | SUMMONS |
| Defendants. | |

**YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

### SACS FURNITURE, LLC

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

   a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
   b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this summons within which to file an answer or other responsive pleading to the complaint.

Issued at the direction of:

DAVID M. MOORE, ESQ.
Nevada Bar No. 8580
EDWARD M. BERNSTEIN & ASSOCIATES
500 South Fourth Street
Las Vegas, NV 89101
(702) 384-4000

STEVEN D. GRIERSON, CLERK OF COURT

By: _____  9/22/2017
Deputy Clerk                  Date
County Courthouse
200 Lewis Avenue        Joshua Raak
Las Vegas, Nevada 89155

Case Number: A-17-762000-C
Case Number: A-17-762000-C

44382

**AFFT**
Edward M. Bernstein & Associates
David M. Moore, Esq.
500 S. Fourth St.
Las Vegas, NV 89101
State Bar No.: 8580
Attorney(s) for:

# DISTRICT COURT
## CLARK COUNTY, NEVADA

Karen Torres

vs

Jared Law; et al.

Plaintiff(s)

Defendant(s)

Case No.: A-17-762000-C

Dept. No.: 19

Date:
Time:

**AFFIDAVIT OF SERVICE**

__Wendy Neff__, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age and not a party to or interested in the proceeding in which this affidavit is made. The affiant received __1__ copy(ies) of the __Summons; Complaint__ on the __25th__ day of __September, 2017__ and served the same on the __3rd__ day of __October, 2017__ at __5:29 pm__ by serving the __Defendant(s)__, __SACS Furniture, LLC, a Utah Limited Liability Corporation__, by personally delivering and leaving a copy at __2212 S. West Temple, South Salt Lake, UT 84115__ with __Adam Jackman__ as __Registered Agent__ an agent lawfully designated by statute to accept service of process.

State of __Utah__, County of __Salt Lake__
SUBSCRIBED AND SWORN to before me on this
__6__ day of __October__, __2017__


CHARLES J REARDON
Notary Public - State of Utah
Comm. Exp. 04/08/2018
Commission # 675955

Notary Public

Affiant: Wendy Neff
Process Server #G101564

WorkOrderNo 1706706