DAVID M. MOORE, ESQ.
Nevada Bar No. 8580
EDWARD M. BERNSTEIN & ASSOCIATES
500 South Fourth Street
Las Vegas, Nevada 89101
Telephone No.: (702) 471-5721
Facsimile No.: (702) 385-4640
dmoore@edbernstein.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

KAREN TORRES,

    Plaintiff,

vs.

JERROD WALL; SACS FURNITURE, LLC a
Utah Limited Liability Corporation;
DOES I-X; ROE CORPORATIONS
XI-XX,

    Defendants.

CASE NO.: 2:17-cv-02758-JAD-GWF

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DUE DATE TO RESPOND TO DEFENDANT SACS FURNITURE, LLC'S MOTION FOR SUMMARY JUDGMENT**

## STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DUE DATE TO RESPOND TO DEFENDANT SACS FURNITURE, LLC'S MOTION FOR SUMMARY JUDGMENT

Plaintiff KAREN TORRES and Defendant SACS FURNITURE, LLC, by and through their respective counsel of record, hereby submit the following Stipulation and Order To Extend Plaintiff's Due Date to Respond To Defendant Sacs Furniture, LLC's Motion For Summary Judgment.

## REASON WHY PLAINTIFF'S DUE DATE SHOULD BE EXTENDED

Defendant, SACS FURNITURE, LLC, filed its Motion For Summary Judgment on October 31, 2018 (Document 26). The Court Ordered date for Plaintiff's response is November 21, 2018. The parties are in settlement negotiations and believe the matter may resolve without the Court having to rule on

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 240-0000

1

Defendant's motion and have therefore proposed a short extension to December 14, 2018 for Plaintiff to respond in the event that resolution is not reached.

| Dated this 13th day of November, 2018. | Dated this 13th day of November, 2018. |
|---|---|
| EDWARD M. BERNSTEIN & ASSOCIATES | ATKIN WINNER & SHERROD |
| */s/ David M. Moore* | */s/ Lara L. Miller, Esq.* |
| David M. Moore, Esq.<br>Nevada Bar No. 8550<br>500 S. 4th St.<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff | Lara L. Miller, Esq.<br>Nevada Bar No. 12618<br>1117 S. Rancho Dr.<br>Las Vegas, NV 89102<br>Attorneys for Defendant |

## ORDER

IT IS SO ORDERD this 14th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE