TREVOR L. ATKIN
Nevada Bar No. 3133
LARA L. MILLER
Nevada Bar No. 12618
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
tatkin@awslawyers.com
lmiller@awslawyers.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAREN TORRES,<br><br>Plaintiff,<br><br>vs.<br><br>JERROD WALL, SACS FURNITURE, LLC, a Utah Limited Liability Corporation; DOES I-X; ROE CORPORATIONS XI-XX,<br><br>Defendants. | CASE NO.: 2:17-cv-02758-JAD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between David Moore, attorney for the Plaintiff, KAREN TORRES, and Trevor L. Atkin and Lara L. Miller, attorneys for Defendants, JERROD WALL AND SACS FURNITURE, LLC, that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

///

///

///

///

1098801.docx

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 31ST day of Dec., 2018.

ATKIN WINNER & SHERROD

Trevor L. Atkin
Nevada Bar No. 3133
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendants*

DATED this __ day of Dec, 2018.

EDWARD M. BERNSTEIN & ASSOCIATES

David Moore
Nevada Bar No. 8580
500 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Karen Torres*

1098801.docx

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.

/s/ Trevor L. Atkin
_____
Trevor L. Atkin
Nevada Bar No. 3133
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendants*