TREVOR L. ATKIN
Nevada Bar No. 3133
LARA L. MILLER
Nevada Bar No. 12618
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
tatkin@awslawyers.com
lmiller@awslawyers.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAREN TORRES,<br><br>Plaintiff,<br><br>vs.<br><br>JERROD WALL, SACS FURNITURE, LLC, a Utah Limited Liability Corporation; DOES I-X; ROE CORPORATIONS XI-XX,<br><br>Defendants. | CASE NO.: 2:17-cv-02758-JAD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF Nos. 26, 29 |

IT IS HEREBY STIPULATED by and between David Moore, attorney for the Plaintiff, KAREN TORRES, and Trevor L. Atkin and Lara L. Miller, attorneys for Defendants, JERROD WALL AND SACS FURNITURE, LLC, that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

///

///

///

///

1098801.docx

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 31ST day of Dec., 2018.

ATKIN WINNER & SHERROD

_____
Trevor L. Atkin
Nevada Bar No. 3133
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendants*

DATED this ___ day of Dec, 2018.

EDWARD M. BERNSTEIN & ASSOCIATES

_____
David Moore
Nevada Bar No. 8580
500 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Karen Torres*

**ORDER**

Based on the parties' stipulation **[ECF No. 29]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The pending motion for summary judgment **[ECF No. 26]** is DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 2, 2019